1  Ryan D. Fischbach, Esq. (SBN 204406)
2  *rfischbach@bakerlaw.com*
   **BAKER & HOSTETLER LLP**
3  11601 Wilshire Boulevard, Suite 1400
4  Los Angeles, CA  90025-0509
   Telephone:        310.820.8800
5  Facsimile:        310.820.8859
6
   *Attorneys for Defendant*
7  SIMON PROPERTY GROUP, L.P.
8
9            **UNITED STATES DISTRICT COURT**
10            **EASTERN DISTRICT OF CALIFORNIA**
11 FELTOS CRUZ,                           Case No.:  2:22-cv-01584-TLN-DB
12          Plaintiff,              **FURTHER STIPULATION TO**
                                    **EXTEND TIME TO RESPOND**
13                                  **TO PLAINTIFF'S COMPLAINT;**
      v.                            **AND ORDER**
14
15 SIMON PROPERTY GROUP, L.P.
16
          Defendant.
17                                  Action Filed:        09/09/2022
18                                  Current Response Date:  10/31/2022
                                    New Response Date:      11/14/2022
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
WASHINGTON

IT IS HEREBY STIPULATED AND AGREED, by and between FELTOS CRUZ ("Plaintiff") and SIMON PROPERTY GROUP, L.P. (Defendant" and together with Plaintiff, the "Parties"), by and through their respective attorneys, and subject to Court approval, that Defendant shall have an additional 14-day extension to respond to Plaintiff's Complaint, up through November 14, 2022;

WHEREAS, based on a prior stipulation, Defendant's response to Plaintiff's Complaint is currently due on October 31, 2022;

WHEREAS, the Parties are in discussions regarding early resolution of the matter;

WHEREAS, the Parties have agreed to a further, brief extension of 14-days to Defendant's response to Plaintiff's Complaint to November 14, 2022 to allow time for those discussions to continue without incurring further, potentially unnecessary litigation costs and fees.

Based on the facts above and the Parties' agreement, it is hereby stipulated pursuant to Eastern District of California Local Rules 143 and 144, and subject to Court approval, that Defendant may have up to and including November 14, 2022 to respond to the Complaint.

**IT IS SO STIPULATED.**

Dated:  October 31, 2022          **BAKER & HOSTETLER LLP**

By:   */s/ Ryan D. Fischbach*
Ryan D. Fischbach

*Attorneys for Defendant*
SIMON PROPERTY GROUP, L.P.

Dated:  October 31, 2022          **LAW OFFICE OF RICK MORIN, PC**

*/s/ Richard Morin*
By:   (as authorized on October 31, 2022)
Richard Morin

*Attorneys for Plaintiff*
FELTOS CRUZ

## <u>ORDER</u>

The Court, having read and considered the Parties' Stipulation, and for good cause appearing, **HEREBY ORDERS** Defendant SIMON PROPERTY GROUP, L.P. shall have up to and including November 14, 2022 to respond to the Complaint.

**IT IS SO ORDERED.**

Dated:  October 31, 2022

_____
HONORABLE TROY L. NUNLEY
UNITED STATES  DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
WASHINGTON